IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **PHILIP CHRISTOPHER WALL,** | : | **MOTION TO VACATE** |
| BOP Reg. # 66608-019, | : | **28 U.S.C. § 2255** |
|     Movant, | : | |
| | : | **CRIMINAL ACTION NO.** |
| v. | : | **1:16-CR-104-AT-AJB-1** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO.** |
|     Respondent. | : | **1:17-CV-1638-AT-AJB** |

## O R D E R

Movant, Philip Christopher Wall, filed a *pro se* motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody. [Doc. 14.][1] The Government has filed a response. [Doc. 19.]

The matter is before the Court on Movant's motion for extension of time. [Doc. 20.] Movant seeks an additional forty-five (45) days in which to file a reply. [*Id.* at 1.] Movant executed his motion for extension of time on July 20, 2017. [*Id.*]

For good cause shown, Movant's motion for extension of time, [Doc. 20], is **GRANTED**. However, the forty-five-day extension shall run from the date on which Movant executed his motion for extension of time. Accordingly, Movant's reply is due

---

[1] Citations to the record in this Order refer to case number 1:16-cr-104-AT-AJB-1.

no later than September 5, 2017.

**IT IS SO ORDERED**, this __28th__ day of July, 2017, *nunc pro tunc July 20, 2017*.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)